IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERRY JACKSON,

                                                  ORDER

            Plaintiff,

                                                  09-cv-254-slc

      v.

RICK RAEMISCH, MATTHEW FRANK,
C.O. ROELKE, C.O. MALM, C.O. SPRINGBORN,
LORI SIMON, BETH LIND, JOE HALL,
BRENDA RILLING, RANCIS PALIEKARA, RICK GEIGER,
MICHAEL THURMER, MS. HAUTAMAKI
CAPT. GERRITSON, DOE DEFENDANT #1 and DOE
DEFENDANT #2,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      According to Magistrate Judge Stephen L. Crocker's July 2, 2009 Preliminary Pretrial Conference Order, plaintiff was to file an amended complaint naming the Doe defendants by August 31, 2009. Plaintiff was told that if he did not file this amended complaint by the deadline, the court would dismiss his claims against the Doe defendants. Plaintiff failed to meet the deadline so dismissal is now in order.

1

ORDER

IT IS ORDERED that plaintiff Terry Jackson's claims against Doe Defendant #1 and Doe Defendant #2 are DISMISSED.

Entered this 14th day of September, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2