IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERRY JACKSON,

                              ORDER

          Plaintiff,

                          09-cv-254-slc

    v.

RICK RAEMISCH, MATTHEW FRANK,
C.O. ROELKE, C.O. MALM, C.O. SPRINGBORN,
LORI SIMON, BETH LIND, JOE HALL,
BRENDA RILLING, RANCIS PALIEKARA, RICK GEIGER,
MICHAEL THURMER, MS. HAUTAMAKI
CAPT. GERRITSON, DOE DEFENDANT #1 and DOE
DEFENDANT #2,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On September 14, 2009, I dismissed plaintiff's claims against the Doe defendants because plaintiff failed to file an amended complaint naming them by August 31, 2009. Now plaintiff has moved for reconsideration of that decision, saying that he is trying to obtain the last known addresses of the Doe defendants before he files his amended complaint. Although the last known addresses of the Doe defendants would be helpful in obtaining service on them, he does not need this information to file his amended complaint.

Plaintiff asks the court to allow him an extension of time until October 20, 2009 to

1

file his amended complaint. Because plaintiff now knows the identity of the Doe defendants, I will reconsider the order dismissing the claims against the Doe defendants and vacate the September 14, 2009 order. Plaintiff may have until October 2, 2009 in which to file his amended complaint. When he receives the last known addresses of these defendants he can provide them to the court.

## ORDER

IT IS ORDERED that:

1. Plaintiff's motion for reconsideration, dkt. #15, is GRANTED.

2. The September 14, 2009 order dismissing the claims against the Doe defendants, dkt. #14, is VACATED.

3. Plaintiff's motion for an extension of time, dkt. #15, is GRANTED in part. Plaintiff is to submit an amended complaint naming the Doe defendants no later than October 2, 2009.

Entered this 23rd day of September, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge