UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

TERRY JACKSON,

                      Plaintiff,                     ORDER

                      v.                     Case No. 09-cv-254-wmc

BETH LIND and JUNE KATHY MEIER,

                      Defendants.

---

    Pursuant to the stipulation entered into by the parties, this case is hereby dismissed with prejudice and without costs to any party.

    Entered this 23rd day of July, 2010.

                                            */s/ William Conley*
                                            William M. Conley
                                            District Judge